UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALBERT ADEFEMI,

                    Petitioner,

  -against-

ALBERTO GONZALES, U.S. ATTORNEY
GENERAL, et al.,

                    Respondents.
-----------------------------------------------------------X

JUDGMENT
05-CV-4406 (ARR)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 27 2005 ★

P.M. _____
TIME A.M. _____

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 26, 2005, dismissing petitioner's motion for a stay of final order of deportation; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondents; and that petitioner's motion for a stay of final order of deportation is dismissed.

Dated: Brooklyn, New York
        September 26, 2005

                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court